# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ELAINE WASSMANN, an individual, | CASE NO: 8:18-CV-0468 JLS (DFMx) |
| | Courtroom: 10A |
| | District Judge: Josephine L. Staton |
| Plaintiff, | Magistrate Judge: Douglas F. McCormick |
| vs. | **JUDGMENT** |
| CITY OF DANA POINT a California Municipal Corporation, a Public Entity, RICHARD A. VICZOREK, DEBRA LEWIS, JOSEPH L. MULLER, PAUL N. WYATT, JOHN TOMLINSON, MICHAEL KILLEBREW, MARK DENNY, JEFFREY ROSALER, KATHERINE LASSO, LOREN KEHIAYAN, SHELLEY VELEZ, DOES 1 through 50, inclusive. | |
| Defendants. | |

The Court, having granted Defendants' Motion to Dismiss the Second Amended Complaint on February 26, 2019, **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice as to Defendants City of Dana Point; Richard A. Viczore; Debra Lewis; Joseph L. Muller; Paul N. Wyatt; John Tomlinson; Michael Killebrew; Mark Denny; Jeffrey Rosale; Katherine Lasso; Loren Kehiayan; and Shelley Velez.

**IT IS FURTHER ORDERED** that each party shall bear their own costs.

**DATED:** May 22, 2019

_____
Honorable Josephine L. Staton